FILED
CLERK, U.S. DISTRICT COURT

AUG 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, | No. CV 08-1562-GW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JEROME KERVICH, et al., | |
| Respondents. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: August 19, 2008

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE